**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1648**

———————

ANTHONY LAMBERT, SR.,

Plaintiff - Appellant,

versus

NORTH CAROLINA STATE BAR,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Terrence W. Boyle, Chief District Judge.  (CA-98-71-2-BO)

———————

Submitted:  August 24, 1999          Decided:  September 2, 1999

———————

Before WIDENER, MURNAGHAN, and MOTZ, Circuit Judges.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

Anthony Lambert, Sr., Appellant Pro Se.  Douglas James Brocker, NORTH CAROLINA STATE BAR, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Lambert, Sr., appeals the district court's order dismissing his civil action for failing to properly serve process on Defendant. We have reviewed the record and, although we find no reversible error, dismissal of the action should have been without prejudice. See 5A Charles A. Wright & Arthur R. Miller, Federal Practice and Procedure § 1353, at 280 (2d ed. 1990); Umbenhauer v. Wooq, 969 F.2d 25, 30 n.6 (3d Cir. 1992). Accordingly, we affirm as modified to reflect dismissal without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED